SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUEY-CHIANG LIOU, ) | No. C 07-5042 EDL |
| ) | |
|                Plaintiff, ) | |
| ) | |
|   v. ) | |
| ) | CONSENT TO PROCEED BEFORE A |
| MICHAEL B. MUKASEY,* United States ) | UNITED STATES MAGISTRATE JUDGE |
| Attorney General; EMILIO GONZALEZ, ) | |
| Director, U.S. Citizenship and Immigration ) | |
| Services; SCOTT SCHOOLS, United States ) | |
| Attorney, California Northern District; ) | |
| ROSEMARY MELVILLE, San Francisco ) | |
| District Director, U.S. Citizenship and ) | |
| Immigration Services; ROBERT S. ) | |
| MUELLER, Director of Federal Bureau of ) | |
| Investigation, ) | |
| ) | |
|                Defendants ) | |
| _____) | |

///

///

///

///

///

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

CONSENT
No. C 07-5042 EDL

1  In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants
2  hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further
3  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
4  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 4, 2007                    Respectfully submitted,

                                           SCOTT N. SCHOOLS
                                           United States Attorney


                                           _____/s/_____
                                           MELANIE L. PROCTOR
                                           Assistant United States Attorney
                                           Attorneys for Defendants

CONSENT
No. C 07-5042 EDL                    2