1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                 UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                   SAN FRANCISCO DIVISION
11

12 HUEY-CHIANG LIOU,                    )    No. C 07-5042 EDL
                                        )
                        Plaintiff,      )
13                                      )
              v.                        )
14                                      )
   MICHAEL B. MUKASEY,* United States   )    JOINT REQUEST TO BE EXEMPT FROM
15 Attorney General; EMILIO GONZALEZ,   )    FORMAL ADR PROCESS; PROPOSED
   Director, U.S. Citizenship and Immigration )  ORDER
16 Services; SCOTT SCHOOLS, United States )
   Attorney, California Northern District; )
17 ROSEMARY MELVILLE, San Francisco     )
   District Director, U.S. Citizenship and )
18 Immigration Services; ROBERT S.      )
   MUELLER, Director of Federal Bureau of )
19 Investigation,                       )
                                        )
20                      Defendants      )
                                        )
21 _____  )

22 ///

23 ///

24 ///

25 ///

26 ///

27

28 *Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey  is substituted for his predecessor,
   Alberto Gonzales, as the United States Attorney General.

   ADR CERTIFICATION
   No. C 07-5042 EDL

1   Each of the undersigned certifies that he or she has read either the handbook entitled

2   "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

3   the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

4   resolution options provided by the court and private entities, and considered whether this case might

5   benefit from any of them.

6   Here, the parties agree that referral to a formal ADR process will not be beneficial because

7   this mandamus action is limited to Plaintiff's request that this Court decide his application for

8   naturalization.  Given the substance of the action and the lack of any potential middle ground, ADR

9   will only serve to multiply the proceedings and unnecessarily tax court resources.   Accordingly,

10  pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option

11  Program and that they be excused from participating in the ADR phone conference and any further

12  formal ADR process.

13  Dated: December 19, 2007                    Respectfully submitted,

14                                              SCOTT N. SCHOOLS
                                                United States Attorney
15

16                                                        /s/
                                                MELANIE L. PROCTOR[1]
17                                              Assistant United States Attorney
                                                Attorneys for Defendants
18

19  Dated: December 19, 2007                            /s/
                                                CINDY S. YAU
20                                              Attorney for Plaintiffs

21                                  **ORDER**

22  Pursuant to stipulation, IT IS SO ORDERED.

23

24  Date:                                       _____
                                                ELIZABETH D. LAPORTE
25                                              United States Magistrate Judge

26

27  _____

28      [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
No. C 07-5042 EDL                    2