1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927
7

Attorneys for Defendants

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

| HUEY-CHIANG LIOU, | ) | No. C 07-5042 EDL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| MICHAEL B. MUKASEY,* United States Attorney General; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services; SCOTT SCHOOLS, United States Attorney, California Northern District; ROSEMARY MELVILLE, San Francisco District Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | ) | STIPULATION TO EXTEND DATES |
| Defendants | ) | |

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION
No. C 07-5042 EDL

In order to allow sufficient time for the parties to consider an alternative resolution to this case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

    Last day to file/serve Joint Case Management Statement:    March 5, 2008

    Case Management Conference:    March 12, 2008 at 10:30 a.m.

Dated: January 2, 2008    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

    /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: January 2, 2008    /s/
HWA-SHING KWEI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference is hereby CONTINUED to March 12, 2008.

Date:

ELIZABETH D. LAPORTE
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
No. C 07-5042 EDL    2