SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUEY-CHIANG LIOU, ) | No. C 07-5042 EDL |
|               Plaintiff, ) | |
| v. ) | |
| MICHAEL B. MUKASEY,* United States ) Attorney General; EMILIO GONZALEZ, ) Director, U.S. Citizenship and Immigration ) Services; SCOTT SCHOOLS, United States ) Attorney, California Northern District; ) ROSEMARY MELVILLE, San Francisco ) District Director, U.S. Citizenship and ) Immigration Services; ROBERT S. ) MUELLER, Director of Federal Bureau of ) Investigation, ) | STIPULATION TO EXTEND DATES |
|               Defendants ) | |

///
///
///
///
///
///
///
///

STIPULATION
No. C 07-5042 EDL

In order to allow sufficient time for the parties to consider an alternative resolution to this case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

    Last day to file/serve Joint Case Management Statement:    March 5, 2008

    Case Management Conference:    March 12, 2008 at 10:30 a.m.

Dated: January 2, 2008    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

    /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: January 2, 2008    /s/
HWA-SHING KWEI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference is hereby CONTINUED to March 12, 2008.

Date: January 7, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
No. C 07-5042 EDL    2