JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUEY-CHIANG LIOU, )<br><br>              Plaintiff, )<br><br>           v. )<br><br>MICHAEL B. MUKASEY, United States )<br>Attorney General; EMILIO GONZALEZ, )<br>Director, U.S. Citizenship and Immigration )<br>Services; JOSEPH P. RUSSONIELLO, )<br>United States Attorney, California Northern )<br>District; ROSEMARY MELVILLE, San )<br>Francisco )<br>District Director, U.S. Citizenship and )<br>Immigration Services; ROBERT S. )<br>MUELLER, Director of Federal Bureau of )<br>Investigation, )<br><br>             Defendants )<br>_____ ) | No. C 07-5042 EDL<br><br>STIPULATION TO DISMISS; PROPOSED ORDER |

///

///

///

///

///

///

STIPULATION
No. C 07-5042 EDL

1    Plaintiff, by and through his attorney of record, and Defendants, by and through their

2    attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

3    entitled action without prejudice in light of the fact that the United States Citizenship and

4    Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

5    agrees to do so within 30 days of the dismissal of this action.

6    Each of the parties shall bear their own costs and fees.

7    Dated: March 10, 2008                    Respectfully submitted,

8                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
9

10    _____
                                             /s/
      MELANIE L. PROCTOR[1]
11                                           Assistant United States Attorney
                                             Attorneys for Defendants
12

13    Dated: March 10, 2008             _____
                                             /s/
      CINDY S. YAU
14                                           SHANNON KWEI
                                             Attorneys for Plaintiff
15
                                      **ORDER**
16
17    Pursuant to stipulation, IT IS SO ORDERED.  The Case Management Conference scheduled

      for March 11, 2008, is hereby VACATED.  The Clerk shall close the file.
18

19    Date:                          _____
20                                           ELIZABETH D. LAPORTE
                                             United States Magistrate Judge
21

22

23

24

25

26

27    _____

28    [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
      signatures indicated by a "conformed" signature (/S/) within this efiled document.