1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 |    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6 |    Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUEY-CHIANG LIOU, ) | No. C 07-5042 EDL |
| ) | |
|            Plaintiff, ) | |
| ) | |
|     v. ) | |
| ) | |
| MICHAEL B. MUKASEY, United States ) | STIPULATION TO DISMISS; ~~PROPOSED~~ |
| Attorney General; EMILIO GONZALEZ, ) | ORDER |
| Director, U.S. Citizenship and Immigration ) | |
| Services; JOSEPH P. RUSSONIELLO, ) | |
| United States Attorney, California Northern ) | |
| District; ROSEMARY MELVILLE, San ) | |
| Francisco ) | |
| District Director, U.S. Citizenship and ) | |
| Immigration Services; ROBERT S. ) | |
| MUELLER, Director of Federal Bureau of ) | |
| Investigation, ) | |
| ) | |
|            Defendants ) | |
| ) | |

///

///

///

///

///

///

STIPULATION
No. C 07-5042 EDL

1  Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Dated: March 10, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: March 10, 2008                    _____/s/_____
CINDY S. YAU
SHANNON KWEI
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference scheduled for March 11, 2008, is hereby VACATED. The Clerk shall close the file.

Date: March 28, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
No. C 07-5042 EDL                    2